App. Div.]          Fourth Department, June, 1910.

Mary A. Williams, Respondent, v. The Village of Whitesboro, Appellant.— Judgment affirmed, with costs. All concurred; Williams, J., not sitting.

Fred Bauer, Respondent, v. Inter-Ocean Telephone and Telegraph Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the defendant was not shown guilty of actionable negligence.

William J. Conlon, Respondent, v. Westinghouse, Church, Kerr & Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Ralph A. Kellogg and Francis F. Baker, Respondents, v. James Campbell, Appellant.— Judgment affirmed, with costs. All concurred.

David Collin Wells, Respondent, v. Village of Fayetteville, Appellant.— Judgment affirmed, with costs. All concurred.

Sarah G. Pierson and Others, Respondents, v. Village of Fayetteville, Appellant.— Judgment affirmed, with costs. All concurred.

Johanna Hurley, as Sole Administratrix, etc., of Dennis F. Hurley, Deceased, Respondent, v. City of Corning, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground that the defendant was not shown guilty of negligence nor the deceased free from contributory negligence.

George Szag, Respondent, v. Pennsylvania Railroad Company, Appellant.— Motion to dismiss appeal denied, without costs.

The People of the State of New York, Respondent, v. Charles Clary, Appellant.— Judgment and order affirmed. All concurred.

Harry Oppenheimer, Respondent, v. Crosstown Street Railway Company of Buffalo, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. unless the plaintiff shall, within twenty days, stipulate to reduce the verdict to the sum of $3,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is together with the order affirmed, without costs of this appeal to either party. All concurred; Spring, J., not sitting.

William E. Burke, Respondent, v. The Continental Insurance Company of the City of New York, Appellant.— Judgment affirmed, with costs. All concurred.

William J. Chase, Respondent, v. James B. Wise, Appellant.—Judgment and order affirmed, with costs. All concurred.

Florence M. Chipchase, Respondent, v. International Railway Company, Appellant, Impleaded with Charles Reynolds.— Judgment and order affirmed, with costs. All concurred.

Ida M. Palmer, as Administratrix of Orville M. Palmer, Deceased, Respondent v. International Paper Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

The Citizens Permanent Savings and Loan Association, Appellant, v. William F. Rampe and Others, Respondents.— Judgment affirmed, with costs. All concurred.

John Sokody, Respondent, v. American Radiator Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Mary P. Wiggins, Respondent, v. Samuel E. Passmore, Appellant.—Judgment affirmed, with costs. All concurred.